# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Conroy, John M. | 2. Court or Organization<br><br>U.S. District Court-District of Vermont | 3. Date of Report<br><br>04/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. | Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. | Real estate-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. | Brokerage account # 1: | | | | | | | | | |
| 5. | Abbott Laboratories common stock | A | Dividend | K | T | | | | | |
| 6. | Abbvie Common Stock | A | Dividend | K | T | | | | | |
| 7. | Advansix Inc. common stock | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 8. | AGL Resources Inc. common stock | A | Dividend | | | Sold | 07/01/16 | K | B | |
| 9. | Allergan Inc. common stock | A | Dividend | K | T | Sold (part) | 01/26/16 | K | B | |
| 10. | Alerian MLP ETF | A | Dividend | K | T | Buy (add'l) | 8/26/16 | J | | |
| 11. | Alibaba Group Holdings common stock | A | Dividend | K | T | Buy | 08/26/16 | K | | |
| 12. | Alphabet Inc. common stock | A | Dividend | L | T | | | | | |
| 13. | Amazon common stock | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 14. | Amgen common stock | A | Dividend | K | T | Buy | 06/22/16 | K | | |
| 15. | American Express Inc. common stock | A | Dividend | K | T | | | | | |
| 16. | American Int'l Group common stock | A | Dividend | J | T | | | | | |
| 17. | Analog Devices Inc. common stock | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 19. ARM Holdings Inc. common stock | A | Dividend | | | Sold | 03/29/16 | J | A | |
| 20. AtenaHealth care inc. common stock | A | Dividend | K | T | | | | | |
| 21. AT&T common stock | A | Dividend | K | T | Buy | 01/26/16 | J | | |
| 22. Bank of America common stock | A | Dividend | J | T | Sold (part) | 12/22/16 | K | D | |
| 23. Mastercard Inc. common stock | A | Dividend | K | T | Sold (part) | 12/22/16 | K | E | |
| 24. Berkshire Hathaway | A | Dividend | K | T | Buy | 05/10/16 | K | | |
| 25. Boeing common stock | A | Dividend | J | T | Buy (add'l) | 01/26/16 | K | | |
| 26. Bristol Myers Squibb common stock | A | Dividend | J | T | Buy (add'l) | 08/26/16 | K | | |
| 27. Brookdale Senior Living Inc. common stock | A | Dividend | | | Sold | 01/29/16 | K | A | |
| 28. Cabot Oil and Gas, Inc. common stock | A | Dividend | | | Sold | 01/29/16 | J | | |
| 29. CBRE Group Inc. common stock | A | Distribution | | | Sold | 03/23/16 | K | A | |
| 30. Celgene Corp common stock | A | Dividend | L | T | Buy (add'l) | 08/26/16 | K | | |
| 31. Chevron Oil. commom stock | B | Dividend | L | T | | | | | |
| 32. Chubb Inc. common stock | A | Dividend | K | T | Redeemed (part) | 01/19/16 | K | A | |
| 33. Clorox Inc. common stock | A | Dividend | K | T | | | | | |
| 34. Coca-Cola common stock | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cohen & Steers Qual. Inc. RLTV | A | Dividend | J | T | Buy | 08/26/16 | J | | |
| 36. Conoco-Phillips common stock | A | Dividend | K | T | Buy (add'l) | 10/24/16 | K | | |
| 37. Costco Inc. common stock | A | Dividend | K | T | Buy | 12/16/16 | K | | |
| 38. Crown Castle Int'l common stock | A | Dividend | K | T | Buy (add'l) | 08/26/16 | J | | |
| 39. Danaher Corp. common stock | A | Int./Div. | J | T | Buy | 03/23/16 | J | | |
| 40. Dreyfuus Large Cap. Growth mutual fund | A | Distribution | J | T | | | | | |
| 41. Dreyfus Strategic Value mutual fund | A | Distribution | J | T | | | | | |
| 42. Eaton Corp. common stock | A | Dividend | K | T | | | | | |
| 43. Energy Trans Equity LP (ETE) | B | Dividend | | | Sold | 08/31/16 | K | A | |
| 44. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 45. Express Scripts common stock | A | Dividend | | | Sold | 06/27/16 | K | D | |
| 46. Facebook Inc. common stock | A | Dividend | K | T | Sold (part) | 12/22/16 | J | D | |
| 47. Fidelity MSCI Materials Index | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 48. Fortive Corp. common stock | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 49. General Dynamics Corp. common stock | A | Dividend | J | T | | | | | |
| 50. General Electric common stock | A | Dividend | K | T | | | | | |
| 51. General Mills common stock | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Motors common stock | C | Dividend | | | Sold | 01/29/16 | K | A | |
| 53. Gilead Science Inc. common stock | A | Dividend | K | T | Buy (add'l) | 12/19/16 | K | | |
| 54. Goldman Sachs Grp Inc. | A | Dividend | L | T | | | | | |
| 55. HCP Inc. common stock | A | Dividend | J | T | | | | | |
| 56. Honeywell Inc. common stock | A | Dividend | J | T | Buy (add'l) | 01/26/16 | J | | |
| 57. IDEXX Labs Inc. common stock | A | Dividend | K | T | | | | | |
| 58. IBM common stock | A | Dividend | K | T | Buy | 12/22/16 | K | | |
| 59. Intel Corp common stock | B | Dividend | L | T | | | | | |
| 60. Ishares MSCI EAFE ETF | A | Distribution | J | T | | | | | |
| 61. Johnson and Johnson common stock | A | Dividend | K | T | Buy (add'l) | 10/24/16 | K | | |
| 62. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 63. Kimberly Clark corp common stock | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 64. Kraft Heinz common stock | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 65. Linkedin Corp. common stock | A | Dividend | | | Sold | 10/27/16 | J | A | |
| 66. Lockheed Martin common stock | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 67. Lowe's Corp. common stock | A | Dividend | L | T | | | | | |
| 68. Marathon Petroleum common stock | A | Dividend | K | T | Buy | 12/19/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mastercard Inc. common stock | A | Dividend | L | T | | | | | |
| 70. McDonald Corp. common stock | A | Dividend | L | T | | | | | |
| 71. Medtronic common stock | A | Dividend | K | T | Buy | 08/26/16 | K | | |
| 72. Merck Inc. common stock | B | Dividend | K | T | | | | | |
| 73. Met Life Inc. common stock | B | Dividend | L | T | | | | | |
| 74. Microsoft Corp. common stock | A | Dividend | J | T | | | | | |
| 75. MobilEye N.V. common stock | A | Dividend | | | Sold | 05/13/16 | J | A | |
| 76. MPLX LP Unit Rep. LTD | A | Dividend | | | Sold | 01/29/16 | K | A | |
| 77. Nextera Energy Inc. common stock | A | Dividend | K | T | Buy | 03/23/16 | K | | |
| 78. NUStar Grp Holdings Inc. | B | Dividend | | | Sold | 05/13/16 | K | A | |
| 79. Omega Health Inc. common stock | B | Dividend | K | T | | | | | |
| 80. Palo Alto Networks Inc. common stock | A | Dividend | K | T | | | | | |
| 81. People's United Financial common stock | B | Dividend | | | Sold | 12/22/16 | K | D | |
| 82. Phillips 66 Inc. common stock | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 83. Proctor & Gamble common stock | A | Dividend | K | T | | | | | |
| 84. Quality Care Properties Inc. common stock | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 85. Raytheon Inc. common stock | A | Dividend | K | T | Buy | 01/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SalesForce Inc. common Stock | A | Dividend | K | T | Buy (add'l) | 08/26/16 | K | | |
| 87. Schlumberger Inc. common stock | A | Dividend | K | T | Buy (add'l) | 08/26/16 | K | | |
| 88. Southern Co. common stock | A | Dividend | J | T | | | | | |
| 89. Starbucks Corporation common stock | A | Dividend | J | T | | | | | |
| 90. SPDR Trust Series 1 | A | Distribution | K | T | | | | | |
| 91. Under Armour Inc. common stock | A | Dividend | J | T | Buy (add'l) | 03/23/16 | J | | |
| 92. United Tech. Corp. common stock | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 93. United Health Grp. common stock | A | Dividend | K | T | Buy | 12/19/16 | K | | |
| 94. Visa Inc. class A common stock | A | Dividend | K | T | Buy | 12/19/16 | K | | |
| 95. Vanguard REIT ETF | A | Distribution | J | T | | | | | |
| 96. Vanguard FTSE Europe Fund | A | Distribution | J | T | | | | | |
| 97. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 98. Weingarten Realty Inv.common stock | B | Dividend | K | T | | | | | |
| 99. Commerce City CO muni bond | A | Interest | | | Redeemed | 08/31/16 | K | A | |
| 100. Clear Creek CO muni bond) | A | Interest | | | Redeemed | 08/31/16 | K | A | |
| 101. Berthoud Cty CO muni bond | A | Interest | K | T | | | | | |
| 102. CO Higher Ed Auth muni bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CO State COPS Rev-A Ralp Carr Justice Center muni Bond (X) | A | Interest | K | T | | | | | |
| 104. Black Hawk CO Tav Rev Bond | A | Interest | | | Redeemed | 01/11/16 | K | A | |
| 105. West Metro Fire Dist CO muni bond | A | Interest | | | Redeemed | 03/29/16 | K | A | |
| 106. Pueblo Cty CO muni bond | A | Interest | K | T | | | | | |
| 107. Colo Springs Utility muni bond | A | Interest | K | T | | | | | |
| 108. Boulder Valley CO School District muni bond | A | Interest | K | T | | | | | |
| 109. Denver Colo Health and Hospital Auth muni bond | A | Interest | K | T | | | | | |
| 110. Plains All Americamn Pipeline Corp. bond | B | Interest | | | Redeemed | 08/15/16 | K | A | |
| 111. University of Vermont bonds | A | Interest | L | T | Buy | 08/26/16 | L | | |
| 112. Entergy Louisiana corp bond | B | Interest | | | Redeemed | 09/16/16 | K | A | |
| 113. AT&T corp. bond | A | Interest | K | T | Buy | 10/24/16 | K | | |
| 114. Goldman Sachs bond | A | Interest | K | T | Buy | 10/24/16 | K | | |
| 115. Ebay Inc. corp. bond | A | Interest | K | T | Buy | 10/24/16 | K | | |
| 116. Duke Energy corp. bond | A | Interest | K | T | Buy | 10/24/16 | K | | |
| 117. Thermo Fischer Scientific corp. bond | A | Interest | K | T | Buy | 10/24/16 | K | | |
| 118. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 119. Trust #1 (income beneficiary): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Advansix Inc. common stock | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 121. American Express Inc. common stock Refer to Part VIII | A | Dividend | J | T | | | | | |
| 122. Amgen Inc. common stock | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 123. American Int'l Group common stock | A | Dividend | K | T | | | | | |
| 124. American Tower REIT | A | Distribution | J | T | | | | | |
| 125. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 126. Berkshire Hathaway common stock | A | Dividend | J | T | | | | | |
| 127. Boeing common stock | A | Dividend | J | T | | | | | |
| 128. Bristol Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 129. Danaher Inc. common stock | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 130. Fortive Inc. common stock | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 131. General Electric common stock | A | Dividend | J | T | | | | | |
| 132. Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 133. Emerson Electric common stock | A | Dividend | | | Sold | 02/03/16 | J | B | |
| 134. Express Scripts Inc. common stock | A | Dividend | | | Sold | 07/06/16 | K | D | |
| 135. Facebook Inc. common stock | A | Dividend | J | T | | | | | |
| 136. Fortive common stock | A | Dividend | J | T | Buy | 07/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  General Dynamics Inc. common stock | A | Dividend | J | T | | | | | |
| 138.  General Electric common stock | A | Dividend | K | T | | | | | |
| 139.  Gilead Science Inc. common stock | A | Dividend | J | T | | | | | |
| 140.  Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 141.  IBM common stock | A | Dividend | J | T | | | | | |
| 142.  Linkedin Inc. common stock | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 143.  Medtronic PLC shares Refer to Part VIII | A | Dividend | J | T | | | | | |
| 144.  Microsoft Inc. common stock | A | Dividend | J | T | | | | | |
| 145.  Netflix common stock | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 146.  Pepisco common stock | A | Dividend | J | T | | | | | |
| 147.  Palo Alto Networks common stock | A | Dividend | J | T | | | | | |
| 148.  Proctor and Gamble common stock: Refer to Part VIII | A | Dividend | J | T | | | | | |
| 149.  Royal Gold common stock Refer to Part VIII | A | Dividend | J | T | | | | | |
| 150.  Salesforce.com Inc. common stock | A | Dividend | J | T | | | | | |
| 151.  Schlumberger LTD common stock | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 152.  Seadrill Ltd common stock | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 153.  Starbucks Corp. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Under Armour Inc. common stock Refer to Part VIII | A | Dividend | J | T | | | | | |
| 155. Vanguard REIT ETF | A | Distribution | K | T | | | | | |
| 156. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | | | | | |
| 157. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 158. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 159. Alerian MLP ETF Refer to Part VIII | A | Dividend | J | T | | | | | |
| 160. ishares Japan MSCI ETF refer to Part VIII | A | Dividend | J | T | | | | | |
| 161. Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 162. IRA acct : | | | | | | | | | |
| 163. Advansix Inc. common stock | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 164. Alibaba Group Holdings Ltd common stock | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 165. Amgen Inc. common stock | A | Dividend | J | T | | | | | |
| 166. AIG Inc. common stock | A | Dividend | J | T | | | | | |
| 167. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 168. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 169. Boeing common stock | A | Dividend | J | T | | | | | |
| 170. Conoco-Phillips Inc. common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Honeywell Inc. common stock | A | Dividend | J | T | | | | | |
| 172. Johnson & Johnson Inc. common stock | A | Dividend | J | T | | | | | |
| 173. Mobileye Inc. common stock | A | Dividend | J | T | | | | | |
| 174. Under Armour common stock | A | Dividend | J | T | | | | | |
| 175. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 176. IRA acct. : | | | | | | | | | |
| 177. Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 178. AIG common stock | A | Dividend | J | T | | | | | |
| 179. Athenahealth Inc. common stock | A | Dividend | J | T | | | | | |
| 180. Bank of America common stock | A | Dividend | J | T | | | | | |
| 181. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 182. Boeing common stock | A | Dividend | J | T | | | | | |
| 183. Bristo Myers Squibb common stock | A | Dividend | J | T | | | | | |
| 184. Conoco-Phillips common stock | A | Dividend | J | T | | | | | |
| 185. General Electric common stock | A | Dividend | J | T | | | | | |
| 186. IBM common stock | A | Dividend | J | T | | | | | |
| 187. Mobileye Inc. common stock | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 189. Palo Alto Networks Inc. common stock | A | Dividend | J | T | | | | | |
| 190. Proctor and Gamble common stock | A | Dividend | J | T | | | | | |
| 191. SPDR DJ Wlishire Int'l Real Est. ETF | A | Distribution | J | T | | | | | |
| 192. Sales Force Inc. common stock | A | Dividend | J | T | | | | | |
| 193. Schlumberger Ltd. common stock | A | Dividend | J | T | | | | | |
| 194. Starbucks Corp. common stock | A | Dividend | J | T | | | | | |
| 195. Under Armour Inc. common stock | A | Dividend | J | T | | | | | |
| 196. 3M Co. common stock | A | Dividend | J | T | | | | | |
| 197. Brokerage acct #4: | | | | | | | | | |
| 198. Charles Schwab Cash sweep acct (Y) | | | | | | | | | |
| 199. Morgan Stanley Bank (Y) | | | | | | | | | |
| 200. Alphabet Inc. (Google) common stock (Y) | | | | | | | | | |
| 201. AIG common stock (Y) | | | | | | | | | |
| 202. American Express common stock(Y) | | | | | | | | | |
| 203. Anadarko Pete common stock (Y) | | | | | | | | | |
| 204. Apple Inc. common stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. AthenaHealth Inc. common stock (Y) | | | | | | | | | |
| 206. Berkshire Hathaway Inc. common stock (Y) | | | | | | | | | |
| 207. Boeing inc. common stock (Y) | | | | | | | | | |
| 208. Bristol Myers Squibb common stock (Y) | | | | | | | | | |
| 209. Celgene Inc. common stock (Y) | | | | | | | | | |
| 210. Conoco Phillips Inc. common stock (Y) | | | | | | | | | |
| 211. CVS Health Care common stock (Y) | | | | | | | | | |
| 212. Express Scripts Inc. common stock (Y) | | | | | | | | | |
| 213. Facebook Inc. common stock (Y) | | | | | | | | | |
| 214. Freeport McMoran Inc. common stock (Y) | | | | | | | | | |
| 215. General Electric common stock (Y) | | | | | | | | | |
| 216. General Dynamics Corp common stock (Y) | | | | | | | | | |
| 217. Gilead Science Inc. common stock (Y) | | | | | | | | | |
| 218. Hershey Inc. common stock (Y) | | | | | | | | | |
| 219. Honeywell Inc. common stock (Y) | | | | | | | | | |
| 220. Ishares MSCI Japan ETF (Y) | | | | | | | | | |
| 221. LinkedIn Corp common stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  MicroSoft Inc. common stock (Y) | | | | | | | | | |
| 223.  NetFlix Inc. common stock (Y) | | | | | | | | | |
| 224.  Palo Alto Networks Inc. common stock (Y) | | | | | | | | | |
| 225.  Proctor and Gamble Inc. common stock (Y) | | | | | | | | | |
| 226.  Sclumberger Inc. common stock (Y) | | | | | | | | | |
| 227.  Starbucks Inc. common stock (Y) | | | | | | | | | |
| 228.  Under Armour Inc. common stock (Y) | | | | | | | | | |
| 229.  Verizon Inc. common stock (Y) | | | | | | | | | |
| 230.  Walt Disney Inc. common stock (Y) | | | | | | | | | |
| 231.  Vanguard REIT ETF (Y) | | | | | | | | | |
| 232.  Goldman Sachs USA Bank CD (Y) | | | | | | | | | |
| 233.  403(b) plan : | | | | | | | | | |
| 234.  TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | | | | | |
| 235.  TIAA-CREF Equity Stock Fund | A | Int./Div. | K | T | | | | | |
| 236.  TIAA-CREF Stock Fund | A | Int./Div. | K | T | | | | | |
| 237.  John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | | | | | |
| 238.  IRA acct. #3 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Vanguard S&P 500 Index Fund (Y) | | | | | | | | | |
| 240. Trust acct # 3 | | | | | | | | | |
| 241. Abbvie Inc common stock | A | Dividend | K | T | | | | | |
| 242. Advansix Inc. common stock | A | Dividend | J | T | Buy | 01/04/16 | J | | |
| 243. Alphabet Inc. common stock | A | Dividend | K | T | | | | | |
| 244. AIG New common stock | A | Dividend | K | T | | | | | |
| 245. Amer. Express common stock | A | Dividend | K | T | | | | | |
| 246. American Tower REIT | A | Dividend | K | T | | | | | |
| 247. Apple Inc. common stock | A | Dividend | K | T | | | | | |
| 248. AT&T common stock | A | Dividend | K | T | | | | | |
| 249. Bank of America common stock | A | Distribution | K | T | | | | | |
| 250. Boeing Inc. common stock | A | Dividend | K | T | | | | | |
| 251. Bristol Myers Squib common stock | A | Dividend | K | T | | | | | |
| 252. Celgene Corp. common stock | A | Dividend | K | T | | | | | |
| 253. Chevron Corp. common stock | A | Dividend | K | T | | | | | |
| 254. Cisco Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 255. Comcast Inc. common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Conoco Phillips Inc. common stock | A | Dividend | K | T | | | | | |
| 257. Costco Inc. common stock | A | Dividend | K | T | | | | | |
| 258. Cummins Inc. common stock | A | Dividend | K | T | | | | | |
| 259. CVS Health Care Inc. common stock | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 260. Danaher Inc. common stock | A | Dividend | J | T | Buy | 03/29/16 | J | | |
| 261. Exxon Mobil common stock | A | Dividend | K | T | | | | | |
| 262. Fortive Inc. common stock | A | Dividend | J | T | Buy | 03/26/16 | J | | |
| 263. Gilead Science Inc. common stock | A | Dividend | K | T | | | | | |
| 264. Halliburton Inc. common stock | A | Dividend | K | T | | | | | |
| 265. Hilton World Wide Holdings Inc. common stock | A | Dividend | K | T | | | | | |
| 266. Honeywell Int'l Inc. common stock | A | Dividend | K | T | | | | | |
| 267. IBM common stock | A | Distribution | K | T | Buy | 08/26/16 | K | | |
| 268. Johnson & Johnson common stock | A | Dividend | K | T | | | | | |
| 269. Kraft Heinz common stock | A | Dividend | K | T | Buy | 03/29/16 | K | | |
| 270. LinkedIn Inc. common stock | A | Dividend | | | Sold | 08/31/16 | J | A | |
| 271. Lockheed Martin common stock | A | Dividend | K | T | Buy | 08/31/16 | K | | |
| 272. Microsoft Inc. common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Netflix Inc. common stock | A | Dividend | K | T | | | | | |
| 274. NXP Semi Conductors Inc. common stock | A | Dividend | K | T | | | | | |
| 275. Occidental Petroleum common stock | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 276. Palo Alto Networks Inc. common stock | A | Dividend | K | T | | | | | |
| 277. Pepsico Inc. common stock | A | Dividend | K | T | | | | | |
| 278. Pfizer Inc. common stock | A | Dividend | K | T | | | | | |
| 279. Phillips 66 Inc. common stock | A | Dividend | K | T | | | | | |
| 280. Praxair Inc. common stock | A | Dividend | K | T | | | | | |
| 281. Proctor & Gamble Inc. common stock | A | Dividend | K | T | | | | | |
| 282. Royal Gold Inc. common stock | A | Dividend | K | T | | | | | |
| 283. Sales Force Inc. common stock | A | Dividend | K | T | | | | | |
| 284. Schlumberger Inc. common stock | A | Dividend | K | T | | | | | |
| 285. Starbucks Inc. common stock | A | Dividend | K | T | | | | | |
| 286. Toronto Dominion Bank Inc. common stock | A | Dividend | K | T | | | | | |
| 287. Under Armour Inc. common stock | A | Dividend | K | T | | | | | |
| 288. Union Pacific Inc. common stock | A | Dividend | K | T | | | | | |
| 289. United Tech. Inc. common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Walt Disney Corp. common stock | A | Dividend | K | T | | | | | |
| 291. CitiGroup Inc. pref. stock | A | Dividend | K | T | | | | | |
| 292. Goldman Sachs Inc. pref. stock | A | Dividend | K | T | | | | | |
| 293. Cohen & Steers Realty ETF | A | Dividend | K | T | Buy | 03/29/16 | J | | |
| 294. Morgan Stanley cash account | A | Interest | J | T | Open | 01/05/16 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments to 2015 Financial Disclosure Report:

Lines 105-147

Trust #1

1. 2015 Line 115: Canadian Pacific Railway common stock sold 6/23/15 Value K gain D

2. 2015 Line 129: Medtronic PLC shares:The 2015 Financial Discloure form reported a sale of Medtronic common stock on line 129. The event was actually a taxable exchange of Medtronic Inc. shares for Medtronic PLC shares. The Medtronic PLCshares were held at the end of the 2016 reporting period and are reported on the 2016 Financial Disclosure form.

3. Lines 120 and 143: Double reporting of the same asset (Express Scripts Inc. common stock). Consolidated on 2016 report.
   Lines 108 and 144: Double reporting of same asset (Apple common stock). Consolidated on 2016 report.

4. Line 145 Citrix Systems. 2014 FiDo report accurately reported this asset had been completely sold in 2014. Subsequent inclusion as an asset in 2015 report was an error. Did not own the asset in 2016.


Omitted 2015 acquisitions, now reported on 2016 report:

4. Proctor and Gamble common stock J T Bought 9/25/15 J  [ [2016: line 149]

5. Royal Gold common stock J T Bought 1/25/15 J  [2016: line 150]

6. Alerian MLP ETF J T Bought 6/26/15 J  [2016: line 160]

7. IShares Japan ETF  J T Bought 6/26/15 J  [2016: line 161]

8. American Express common stock J T Bought 3/15/2015 J [2016: line 121]

9. Palo Alto Networks common stock J T Bought 3/15/2015 J [2016: line 147]

10. Under Armour common stock J T Bought 6/26/2015 J [20016: line 154]

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544